199 F.3d 853 (6th Cir. 1999)
 Leigh Cline, Plaintiff-Appellant,
v.
Catholic Diocese of Toledo; Catholic Diocesan School of Toledo; St. Paul Elementary School; Herbert J. Willman, Administrator St. Paul Elementary School, Defendants-Appellees.
 No. 98-3527
 UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
 Argued October 25, 1999,
Decided December 28, 1999,
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE AMENDED OPINION AT 206 F.3d 651.